PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

Western District of Texas

FILED
2006 JUN -5  PM 4: 35
CHAMBERS OF
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
JUN 0 5 2006
BY_____
SAM SPARKS   DEPUTY

### Report on Offender Under Supervision

Name of Offender:  Michael Moran                          Case Number: A-02-CR-025(1)SS

Name of Sentencing Judicial Officer:  Sam Sparks

Date of Original Sentence:  June 21, 2002

Original Offense:  Conspiracy to Commit Mail Theft, in violation of 18 U.S.C. § 371 & Unauthorized Use of Access Device, in violation of 18 U.S.C. § 1708.

Original Sentence: 4 years probation with special conditions as follows: restitution in the amount of, $11, 266.59, a $1500 fine, $100 special assessment, not abuse alcohol or other intoxicants, serve eight (8) consecutive days in jail, provide financial disclosure and obtain no new credit

Type of Supervision: Probation                    Date Supervision Commenced: June 21, 2002

### PREVIOUS COURT ACTION

On August 23, 2002, the Court approved a payment schedule ordering the defendant to pay the balance of restitution at a rate of no less than $100 per month beginning September 1, 2002.

### NONCOMPLIANCE SUMMARY

**Violation Condition No. 1:** The defendant shall pay a fine of $1,500.00. This fine partially includes any costs of incarceration and supervision. This fine shall be paid to the Clerk, United States District Court, 200 W. 8th Street, Austin, Texas 78701. If the defendant is not unable to pay this indebtedness, he shall cooperate fully with the office of the United States Attorney, the Bureau of Prisons and/or the United States Probation office to make payment in full as soon as possible, including any period of confinement. Any unpaid balance at the commencement of a term of probation may be paid on a schedule of monthly installments to be approved by the Court and becomes a condition of supervision.

**Nature of Noncompliance:** Although Moran has paid his restitution and special assessment in full, he still has an outstanding fine balance of $1,500.

Michael Moran
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** The defendant is currently being supervised by the United States Probation Department, Northern District of Texas, Garland Division. According to U.S. Probation Officer, Brandeye D. Casler, while on probation, the defendant maintained stable employment with Bed, Bath and Beyond and, as previously noted paid his restitution and special mandatory assessment in full. Accordingly, as the defendant's probation is scheduled to expire on June 20, 2006, U.S.P.O. Casler, respectfully recommends that the defendant's term of probation be allowed to expire with the outstanding fine balance. The defendant will continue to make monthly payments towards his fine and the FLU unit has been notified regarding the outstanding balance and pending expiration of supervision.

Respectfully submitted,

Patricia A. Whitson
U.S. Probation Officer
Date: May 24, 2006

Approved: Martha Garza
Martha Garza
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]   No Action

[ ]   Submit a Request for Modifying the Condition or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other

OK

Honorable Sam Sparks
U.S. District Judge

6/5/06
Date